**Electronically Filed
Intermediate Court of Appeals
29575
23-FEB-2012
01:50 PM**

NO. 29575

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


COLLEEN MARY SAGON, nka
COLLEEN MARY KELII,
Plaintiff-Appellant/Cross-Appellee,
vs.
ADAM LAWRENCE SAGON, JR.,
Defendant-Appellee/Cross-Appellant.


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DIVORCE NO. 04-1-1972)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order, filed on January 19, 2012, is hereby corrected as follows:

1.   On page 1, in the caption, the reference to "CIRCUIT COURT" should be replaced with "FAMILY COURT" so that as corrected, the caption reads: "APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT."

2.   On page 3, in the second line of the paragraph that is numbered "(4)", the word "in" should be inserted between "err" and "using" so that as corrected, the text reads: ". . . the Family Court did not err in using . . . ."

---

[1] Nakamura, Chief Judge, and Foley and Leonard, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, February 23, 2012.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge